UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.T., *individually and on behalf of* K.O., *a child with a disability*,<br><br>                              Plaintiff,<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                              Defendant. | No. 24-cv-2475 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

A Notice of Settlement was filed on November 1, 2024, wherein the parties agreed to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* ECF No. 11. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   December 10, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge